# EXHIBIT 1

**Oakland Ventures, LLC**
PO Box 244157
Atlanta, GA  30324
(404)5613119
lorichristman@yahoo.com

# INVOICE

**BILL TO**
Rick Mershad
Mershad Stables
22 New Albany Farms Rd
New Albany, OH  43054 USA

**INVOICE #** 1500
**DATE** 08/31/2015
**DUE DATE** 09/15/2015
**TERMS** Net 15

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **monthly board** <br> September Board - Basel, Cavalito, Dougy, Belle, Caprilli (9/1-9/3) | 15 | 50.00 | 750.00 |
| **housing** <br> September Housing | 0 | 0.00 | 0.00 |
| **rental car** <br> September Rental Cars | 0 | 0.00 | 0.00 |
| **farrier** <br> August Farrier - Laqueria | 1 | 170.00 | 170.00 |
| **farrier** <br> August Farrier - Fats in Ocala | 1 | 225.00 | 225.00 |
| **farrier** <br> August Farrier - Ledgepoint and Cavalito | 2 | 168.00 | 336.00 |
| **farrier** <br> August Farrier - Basel and Dougy | 2 | 224.00 | 448.00 |
| **farrier** <br> August Farrier - Belle | 1 | 258.00 | 258.00 |
| **entries** <br> Large Stanley Plastic Trunk | 1 | 135.78 | 135.78 |
| **body clip** <br> August Body Clip - Cavalito, Dougy, Basel and Caprilli | 4 | 150.00 | 600.00 |
| **day care boarder** <br> Dinard Day Care - Cavalito and Basel | 10 | 75.00 | 750.00 |
| **training boarder** <br> Dinard Training - Cavalito and Basel | 6 | 100.00 | 600.00 |
| **magnetic blanket** <br> Dianrd Magnetic Blanket | 6 | 25.00 | 150.00 |
| **hotel** <br> Dianrd Hotels | 1 | 417.50 | 417.50 |
| **travel** <br> Dianrd Travel (gas, tolls, tickets etc) | 1 | 816.00 | 816.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Tip - per week<br>Dinard Grooms Tips (DK showed 2 MS horses) | 4 | 116.00 | 464.00 |
| day care boarder<br>Valkenswaard Day Care - Dougy, Basel and Cavalito | 12 | 75.00 | 900.00 |
| training boarder<br>Valkenswaard Training | 9 | 100.00 | 900.00 |
| magnetic blanket<br>Valkenswaard Magnetic Blanket | 9 | 25.00 | 225.00 |
| Tip - per week<br>Valkenswaard Grooms Tip | 3 | 116.00 | 348.00 |
| shipping<br>Valkenswaard Shipping | 3 | 75.00 | 225.00 |
| wormer - power pack<br>August Worming | 5 | 68.00 | 340.00 |
| Lactanase<br>Lactafor | 4 | 15.00 | 60.00 |
| gentamicin - per CC<br>Gentamicin - Basel | 40 | 0.40 | 16.00 |
| metacam<br>Metacam - Basel | 2 | 22.00 | 44.00 |
| entries<br>Chantilly Health Papers - Basel and Dougy | 2 | 25.31 | 50.62 |
| entries<br>London Health Papers - Ledge and Caprilli | 2 | 45.75 | 91.50 |
| entries<br>Dinard Health Papers - Basel, Ledge, Cavalito and Dougy | 4 | 50.31 | 201.24 |

**BALANCE DUE**     **$9,521.64**